■ WILLIAM J. PEACOCK, III, Appellant-Respondent, v JUSTIN ROBIDOUX et al., Respondents, and CARL R. ESTEP et al., Respondents-Appellants. [942 NYS2d 849]—Appeal and cross appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered January 26, 2011 in a personal injury action. The order, among other things, granted the motions of defendants Justin Robidoux, Carl R. Estep and Twin City Transportation, Inc. for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on March 26, 2012, and filed in the Erie County Clerk's Office on April 2, 2012,

It is hereby ordered that said appeal and cross appeal are

unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.